# United States District Court
# District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

May 27, 2014

James Lester Ellison, II
Law Office of Paul V. Bennett PA
133 Defense Highway Suite 209
Annapolis, Maryland 21401

Rodger O. Robertson
Law Office of Joseph M. Jagielski
The Wachovia Building
Seven St. Paul Street Suite 1250
Baltimore, Maryland 21202

RE:  *Darrell Lee Hicks v. Lt D. Moore, et al.,* Civil Action No. ELH-13-2592

Dear Counsel:

As you are aware, I appointed counsel for Mr. Hicks on March 20, 2014. *See* ECF 19. However, as suggested by Mr. Hicks's recent correspondence, there has been no apparent progress with regard to the above-captioned civil rights action. The Court strongly urges Mr. Hicks's counsel to meet with his client by mid-June and to file an amended complaint within two weeks of that meeting. Counsel shall then promptly confer as to the intermediate deadlines for specific types of discovery and draft a proposed Scheduling Order, which shall be filed with the Clerk for consideration by the Court.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly. The Clerk shall also mail a copy of this Order to Mr. Hicks at the address on file with the Clerk.

Very truly yours,

/s/
Ellen Lipton Hollander
United States District Judge

cc:   Darrell Lee Hicks, #405-906
      Eastern Correctional Institution
      30420 Revells Neck Road
      Westover, Maryland 21890